# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -02212(1) |
| | § |
| (1) Azeddin Emrani | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 13, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title   **19**   United States Code, Section(s)   **1459(a)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On September 13, 2022, defendant EMRANI, AZEDDIN, a citizen of Morroco, was arrested near Carrizo Springs, Texas, within the Western District of Texas, for entering upon the United States and failing to present himself and all articles accompanying him for inspection to the customs officer at the customs facility. Defendant was encountered by Border Patrol Agents after illegally crossing the Rio Grande River near Eagle Pass, Texas.*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ Melton, Lance T. |
| | Signature of Complainant |
| | Melton, Lance T. |
| | Border Patrol Agent |
| 09/20/2022 | at   DEL RIO, Texas |
| File Date | City and State |
| VICTOR ROBERTO GARCIA | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02212(1)

(1) Azeddin Emrani

**Continuation of Statement of Facts:**

Defendant stated he was a citizen of Morroco and did not possess any legal documents to legally enter or remain in the United States. Defendant admitted in a sworn statement to not being inspected at the port of entry and illegally entering the United States by wading across the Rio Grande River."

_____  
Signature of Judicial Officer

/s/ Melton, Lance T.  
_____  
Signature of Complainant